UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

FRANK MANFRED II,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

CAB ASSET MANAGEMENT, LLC.,

    Defendant.

_____/

## CLASS ACTION COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, FRANK MANFRED II, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, CAB ASSET MANAGEMENT, LLC., is a limited liability company and citizen of the State of Maryland with its principal place of business at Suite 205B, 8725 Loch Raven Boulevard, Towson, Maryland 21286.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

8. Defendant sought to collect from Plaintiff an alleged debt arising from transactions entered into primarily for personal, family or household purposes.

9. Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

February 18, 2010 – Pre-Recorded Message
Hello, this is an important phone call regarding a time sensitive business matter, associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call please reference 3447606.

February 19, 2010 – Pre-Recorded Message
Hello, this is an important phone call regarding a time sensitive business matter, associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call please reference 3447606.

<u>February 23, 2010 – Pre-Recorded Message</u>
Hello, this is an important phone call regarding a time sensitive business matter, associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call please reference 3447606.

<u>February 24, 2010 – Pre-Recorded Message</u>
Hello, this is an important phone call regarding a time sensitive business matter, associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call please reference 3447606.

<u>February 25, 2010 – Pre-Recorded Message</u>
Hello, this is an important phone call regarding a time sensitive business matter, associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call please reference 3447606.

<u>February 26, 2010 – Pre-Recorded Message</u>
Hello, this is an important phone call regarding a time sensitive business matter, associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call please reference 3447606.

<u>March 2, 2010 – Pre-Recorded Message</u>
Hello, this is an important phone call regarding a time sensitive business matter, associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call, please reference 3447606.

<u>March 3, 2010 – Pre-Recorded Message</u>
Hello, this is an important phone call regarding a time sensitive business matter, associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention.

Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call, please reference 3447606.

March 4, 2010 – Pre-Recorded Message
This is an important message for Frank Manfred I from CAB Asset Management. We are an asset recovery company and we need to speak to the following person or their attorney today. You can call toll free 1-877-663-0115 and reference account number 3447606.

March 5, 2010 – Pre-Recorded Message
Hello this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 if we are to discuss this matter. When you call please reference 3447606.

March 10, 2010 – Pre-Recorded Message
Hello this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call please reference 3447606.

March 11, 2010 – Pre-Recorded Message
Hello this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call please reference 3447606.

March 12, 2010 – Pre-Recorded Message
Hello this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call please reference 3447606.

March 17, 2010 – Pre-Recorded Message
Hello this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This

matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call please reference 3447606.

March 19, 2010 – Pre-Recorded Message
Hello this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call please reference 3447606.

March 23, 2010 – Pre-Recorded Message
Hello this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call please reference 3447606.

March 24, 2010 – Pre-Recorded Message
Hello this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call please reference 3447606.

March 27, 2010 – Pre-Recorded Message
Hello this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call please reference 3447606.

April 8, 2010 – Pre-Recorded Message
This is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call please reference 3447606.

April 12, 2010 – Pre-Recorded Message

Hello, this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please press 9 to connect with one of our representatives now.

April 13, 2010 – Pre-Recorded Message
Hello, this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call, please reference 3447606.

April 14, 2010 – Pre-Recorded Message
Hello, this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call, please reference 3447606.

April 15, 2010 – Pre-Recorded Message
Hello, this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call, please reference 3447606.

April 20, 2010 – Pre-Recorded Message
Hello, this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call, please reference 3447606.

April 21, 2010 – Pre-Recorded Message
Hello, this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call, please reference 3447606.

April 22, 2010 – Pre-Recorded Message
Hello, this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call, please reference 3447606.

April 23, 2010 – Pre-Recorded Message
Hello, this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call, please reference 3447606.

April 26, 2010 – Pre-Recorded Message
Hello, this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call, please reference 3447606.

April 27, 2010 – Pre-Recorded Message
Hello, this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call, please reference 3447606.

April 28, 2010 – Pre-Recorded Message
Hello, this is an important phone call regarding a time sensitive business matter associated with the social security number of Frank Manfred I. This matter has been placed in our office and requires your prompt attention. Please call us as soon as possible at 1-877-663-0115 in order to discuss this matter. When you call, please reference 3447606.

10. The forgoing pre-recorded telephone messages are uniform pre-recorded messages and are one of Defendant's standard messages used to collect debts from consumers.

11. Based upon information and belief, Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

12. The telephone messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to disclose its name in the messages.

14. Florida law requires all debt collectors to first register with the Florida Office of Financial Regulation before attempting to collect a debt. See *LeBlanc v. Unifund CCR Partners*, 601 F.3d 1185, 2010 U.S. App. LEXIS 6501, 22 Fla. L. Weekly Fed. C 647 (11th Cir. Fla. 2010).

15. Defendant was attempting to collect a debt from Plaintiff and was required to register with the Florida Office of Financial Regulation before commencing any action in attempting to collect a debt within the State of Florida.

16. At no time has Defendant ever been registered with the State of Florida as a debt collector.

17. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

18. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

19. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

20. Plaintiff incorporates Paragraphs 1 through 19.

21. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and thus the purpose of its communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

## COUNT II
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

22. Plaintiff incorporates Paragraphs 1 through 19.

23. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

## CLASS ACTION ALLEGATIONS

24. Plaintiff incorporates the foregoing paragraphs.

25. This action is brought on behalf of two classes: a FDCPA class and a TCPA class.

26. The FDCPA class is defined as:

    a. all Florida residents for whom Defendant left a telephone message in which it failed to disclose its name in violation of 15 U.S.C §1692d(6).

    b. in an attempt to collect a debt incurred for personal, family, or household purposes,

    c. during the one-year period prior to the filing of the complaint.

27. The TCPA class is defined as:

    a. all persons having cellular telephone service with Florida area codes to whom Defendant placed any call using an automatic telephone dialing system or an artificial or prerecorded voice to the recipient's cellular telephone to which the recipient had not consented, in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

    b. during the four-year period prior to the filing of the complaint.

28. As a result of Defendant's negligent violations of 47 U.S.C. § 227 *et seq*, Plaintiff and the TCPA Class Members are entitled to an award of $500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B).

29. As a result of Defendant's willful or knowing violations of 47 U.S.C. § 227 *et seq*, Plaintiff and the TCPA Class Members are entitled to an award of up to $1,000.00 in additional statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(C).

30. Plaintiff alleges on information and belief based on the use of uniform telephone messages that the class is so numerous that joinder of all members is impractical.

31. There are questions of law and fact common to the class, which common issues predominate over any issues involving only individual class members. The principal issues are:

    a. whether Defendant's messages violate the FDCPA

    b. whether Defendant's messages violate the TCPA and

    c. whether Defendant is a debt collector.

32. The claims of Plaintiff are typical of those of the class members. All are based on the same facts and legal theories.

33. Plaintiff will fairly and adequately protect the interests of the class. Plaintiff has retained counsel experienced in handling actions involving unlawful debt collection practices under the FDCPA, actions under the TCPA and class actions. Neither Plaintiff nor his counsel have any interests which might cause them not to vigorously pursue this action.

34. Certification of the class under Rule 23(b)(3) of the Federal Rules of Civil Procedure is appropriate in that:

    a. The questions of law or fact common to the members of the classes predominate over any questions affecting an individual member.

    b. A class action is superior to other available methods for the fair and efficient adjudication of the controversy.

WHEREFORE, Plaintiff, FRANK MANFRED II, requests that the Court enter judgment in favor of himself, the FDCPA class and the TCPA class and against Defendant CAB ASSET MANAGEMENT, LLC:

    a. Certification of this matter to proceed as a class action;

    b. Statutory damages pursuant to 15 U.S.C. §1692k(a)(2)(B) for the FDCPA class;

    c. Statutory damages pursuant to 47 U.S.C. §227(b)(3) for the TCPA class;

     d.     A permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any Florida residents using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party;

     e.     Attorney's fees, litigation expenses and costs of suit; and

     f.     Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658