UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FRANK MANFRED, II,

           Plaintiff,

COURT FILE NO.: 0:11-cv-60911-DLG

v.

CAB ASSET MANAGEMENT LLC,

           Defendant.

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF CAB ASSET MANAGEMENT LLC

Defendant CAB ASSET MANAGEMENT LLC ("CAB"), being a non-governmental corporate party, by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, and states as follows:

CAB is not a publicly held or traded corporation, is not a wholly owned subsidiary of any publicly held or traded corporation, and no publicly held corporation owns 10% or more of its stock.

s/ Dale Golden
Dale T. Golden, Esq.
Attorney for CAB ASSET MANAGEMENT LLC
Golden & Scaz, PLLC
2124 W. Kennedy Blvd.
Suite A
Tampa, FL 33606
(813) 251-3632
**dgolden@goldenscaz.com**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FRANK MANFRED, II,

          Plaintiff,

                        COURT FILE NO.: 0:11-cv-60911-DLG

v.

CAB ASSET MANAGEMENT LLC,

          Defendant.

## CERTIFICATE OF SERVICE

    I hereby certify that on July 27, 2011, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Plaintiff, FRANK MANFRED, II via his counsel of record –

    Donald A. Yarbrough, Esq.

    And, I hereby certify that, to the best of my knowledge and information, there are no other participants on this case requiring service by any means.

s/ Dale Golden
Dale T. Golden, Esq.
Attorney for CAB ASSET MANAGEMENT LLC
Golden & Scaz, PLLC
2124 W. Kennedy Blvd.
Suite A
Tampa, FL 33606
(813) 251-3632
**dgolden@goldenscaz.com**
