```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
             FORT LAUDERDALE DIVISION

       Case No. 11-60911-CIV-GRAHAM/GOODMAN
```

FRANK MANFRED, II,

    Plaintiff,

vs.

CAB ASSET MANAGEMENT, LLC,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Verified Motion for an Award of Costs and Attorney's Fees. [D.E. 48].

**THE COURT** has conducted a <u>de novo</u> review of the file and is otherwise fully advised in the premises.

**THIS MATTER** was assigned to the Honorable United States Magistrate Judge Jonathan Goodman. [D.E. 55]. Magistrate Judge Goodman issued the instant Report recommending that Plaintiff's motion for attorney's fees and sanctions be granted in part. [D.E. 60]. Specifically, the Magistrate Judge recommends that the Court award Plaintiff attorney's fees in the amount of $2,469.00 and $405.00 in costs, for a total award of $2,874.00 in reasonable attorney's fees and costs. [D.E. 60]. The parties filed no timely objections to the Magistrate Judge's report. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Goodman's Report is hereby **RATIFIED, AFFIRMED and APPROVED** in its

entirety [D.E. 60]. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Verified Motion for an Award of Costs and Attorney's Fees [D.E. 48] is **GRANTED** in part and **DENIED** in part for the reasons specified in the Magistrate Judge's Report. Plaintiff shall be awarded $2,469.00 in attorney's fees and $405.00 in costs, for a total award of **$2,874.00 in reasonable attorney's fees and costs.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of August, 2012.

*/s/ Donald L. Graham*
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Goodman
    Counsel of Record